IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

FILED '21 SEP 16 PM02:24 MDGA-COL

Case #_____

---

## MICHAEL B. BROWN AND ESTATE OF MS. CLARA VIRGINIA BRITTON, PLAINTIFF

## V.

## DEFENDANTS:

### THE COLUMBUS GEORGIA POLICE DEPARTMENT (CPD)

Officer Robert Hooks – 27722, Officer Kertaivous Coppins – 27556, Officer Aaron Guillaume – 27576, Officer Rachel Blanks, Officer Seth Cole, and others

CPD Compliance Department including Kimberley Myhand

### PIEDMONT HOSPITAL - COLUMBUS REGIONAL

Dr. Mahoney, Dr. Evans, Emily Blasingame R.N., Devin Sizemore R.N., and other individuals including and those involved in the treatment of Ms. Britton

### REGIONAL REHABILITATION HOSPITAL

### THE COLUMBUS FIRE DEPARTMENT (CFD)

### EMS CARE

Marc Dade, Isaac Waters, and one team member who might have been of apparent Asian origin but EMS failed to provide information of what they did to Ms. Britton

### POP-A-LOCK

---

## COMPLAINT REGARDING THE VIOLATION OF THE CIVIL RIGHTS, INJURY, HOSPITALIZATIONS AND MEDICAL MALPRACTICE AGAINST PLAINTIFF'S

### AND

## THE WRONGFUL DEATH OF MS. CLARA VIRGINIA BRITTON

---

1

## INTRODUCTION

In April 2021, Michael B. Brown and his mother Ms. Clara V. Britton were subjected to continuous disturbance; almost six months after Michael B. Brown's October 15, 2020 accident, incident, and hospitalizations. Mr. Brown's accident, incident, injury, and hospitalizations ultimately lead to Ms. Britton's violent removal from Ms. Britton's home and hospitalizations on an alleged welfare check wherein Ms. Britton was traumatized, brutally and physically injured, and hospitalized culminating in Ms. Clara V. Britton's death on April 5, 2021.

Both Mr. Brown and Ms. Britton were attempting to recover from traumatic injuries that occurred before April 2021, but disturbances in March and April 2021 corresponded with Mr. Brown's continuous requests from the Columbus Police Department (CPD) and an apparent six-month ante litem notice requirement. Ex **4**.

## Count 1 – Fraud, Medical Malpractice and O.C.G.A § 16-6-2. Sodomy.

Piedmont Hospital Reports indicate that Mr. Brown was at Piedmont before 5:30AM but suture to treat bleeding from the head failed to have occurred hours later. After Mr. Brown is placed at 32 Douglas Street after having already been at Piedmont but then taken back to Piedmont for treatment. Piedmont records also indicate continuous effort to treat Mr. Brown's head injury and other upper bodily

2

injuries with enema treatment up the rectum for an alleged mild stool burden.

**Count 2 – Fraud.**  Police report in 911 call report to even list a call from 37 Douglas Street at any time on October 15, 2020 when though there is now; supposedly, a 911 service call on October 15, 2020 for that address.  911 Call for Service report LPD20101500000106; **See Exhibit 1**, includes a redacted phone number but the Compliance Department repeatedly told Mr. Brown that there is no call until late August but have yet to provide the call as of today; September 15, 2021 – the 11th month anniversary of the accident and incident on October 15, 2020.  **See Exhibit 2**.

## Count 3 – Fraud and False Police Report

911 Call from a 37 Douglas Street conflicts with hospital documentation and appears to have been falsified indicating that Mr. Brown was "placed" at 32 Douglas Street in an apparent false 911 call to police if such a call was actually made – no call has been provided 11 months to date; after the fact

And just one phrase or non-descriptive statement that says "Man On Ground" that fails to match alleged bystander statements that Officer Hooks seemed ready and willing to report to Morgan and Morgan attorneys to squash and potential legal case.  Officer Hooks, Officer Coppins, Officer Guillaume's were all listed on the 911 call for service but all failed to file either an accident or incident

report or any kind of report involving what was reported as an unconscious man lying on the ground allegedly at 32 Douglas Street.

EMS Care Ambulance Unit 76 reported Michael Brown's address as 1321 Wildwood Avenue which is Mr. Brown's old address of which EMS would have no way of knowing but alleges a pickup at 32 Douglas Street in a "MVC traffic - person injured in a unspecified vehicle accident" - Mechanism of injury - "Blunt" Collar, IV yet "non-emergent"....... transport with specific entry that Medic 16 responded emergency to a 50 YR male laying on the ground and is documented before a unit 76 allegedly even arrived sometime later.  ER Doctor Mahoney indicated EMS M16 was the ambulance that brought Michael Brown to Piedmont Hospital-Columbus Regional.   EMS Care Ambulance markings don't use "M's" to designate their ambulances.

**Count 4 – Fraud.**  The Columbus Fire Department failed to provide any report for ambulance M16. Deputy Police Chief on the 2nd floor across of the Public Safety Office/Building downtown 10th Avenue (as you enter across from the secretary's desk) wrote M16 "not coming up" directed me to EMS Care saying "good luck...".  However, Piedmont physician Mahoney and Piedmont records indicate EMS M16 and even EMS Care Unit 76 indicated Medic 16.

**Count 5 – Apparent Violation of HIPAA -Health Insurance Portability and Accountability Act of 1996 (HIPAA).**   EMS Care Ambulance's team members at the Operational Center at 6001 Coca Cola Blvd in Columbus GA team member driver sitting in the lobby was name was something like Baer was also wearing a Piedmont badge and directed me to HM&T Billing back across town to 2901 Warm Springs Road Suite A and to see someone named Holly.   Both HM&T and EMS Care refused to provide Ms. Britton's information.   HM&T Billing at 2901 Warm Springs Road Suite A does not appear to be a health care provider but they maintained health care reports and provided Mr. Brown with EMS reports in regards to alleged to have been provided to Mr. Brown.   EMS Care Ambulance's misrepresentation of itself also represented itself as an "ITS Ambulance" to Blue Cross Blue Shield such that Mr. Brown didn't even know who to so send a $288.00 check payment that Blue Cross sent for payment of alleged ambulance services. Mr. Brown subsequently returned the $288.00 payment.

**Count 6 – Theft of property.**   Mr. Brown's keys were removed from Mr. Brown's possessions at Piedmont Hospital – Columbus Regional and remain missing from his possessions.   Some of Mr. Brown's property appears to be missing and some of Ms. Britton's money is missing from the home.

5

**Count 7 – Violation of Georgia Open Records Act § 50.18.70** preventing Plaintiff from gaining a timely information in accordance with within accepted time periods pursuant to facilitate an understanding of the accident, incident, and injury preventing Plaintiff from obtaining counsel.

**Count 8 – Trespassing.** Trespassing onto Ms. Britton's property and/or home by Officer Seth Cole.  Officer Cole was at the residence for one and a half hours October 16, 2020 and Mr. Brown's keys were returned to Devin at Piedmont near the time of the completion of Officer Cole's report.

**Count 9 – Violation of O.C.G.A § 16-7-21 Trespassing.**  Trespassing and entry into Ms. Britton's and Mr. Brown's home by Officers Hooks and Blanks who allege to have called Pop-A-Lock to access the home without request from Ms. Britton or Mr. Brown.   They attained unlawful entry and maintained said unlawful entry "after receiving, prior to such entry notice from the owner, rightful occupant that such entry is forbidden or (3) remains upon the land or premises of another..after receiving notice from the owner, rightful occupant, or upon proper identification or authorized representative of the owner or rightful occupant to depart."  **See Exhibit 3.**

6

**Count 10 – Violation of O.C.G.A § 16-5-23 Simple Battery.**   Simple Battery by Columbus GA Police Officers, Fire Department, and EMS particularly including an Asian guy who intentionally and forcibly removed Ms. Britton from her home regardless of what manner of injury and trauma occurred to Ms. Britton in this alleged welfare check.   **See Exhibit 3.**

**Count 11 – Violation of O.C.G.A § 16-6-1 Rape.**   Potential rape by officers Cole, Hooks, or others who were at Ms. Britton's home for over an hour without filing an incident or any type of report.   Potential rape by team members of Piedmont or the Rehabilitation Hospital.   Ms. Britton reported to her son Mr. Brown that "they enlarged me" indicating the genital area.

**Count 12 – Violation of § 16-5-20 Simple Assault.**   By CPD Officers and EMS upon Ms. Britton; a 78-year old veteran living peaceably at home in reasonable apprehension of immediately receiving injury.   **See Exhibit 3.**

**Count 13 – Violation of § 16-5-21 Aggravated Assault.**   Aggravated assault potentially by Officer Hooks who is either involved in Mr. Brown's injury or injury cover-up as he has provided Mr. Brown's former potential attorney's with information the CPD has failed to substantiate even 11 months after the event to

7

this day.   Aggravated assault potentially by Officer Cole who was at Ms. Britton's and Mr. Brown's home for over an hour and a half on October 16, 2020 without filing any known type of police report that was provided to Mr. Brown.   Officer Hooks was on the scene of Mr. Brown's October 15, 2020 accident, incident, and injury failed to file any type of report.   Officer Hooks sent Officer Cole to Ms. Britton's home where Officer Cole remained for an hour and a half.   Officer Hooks was also at Ms. Britton's home on October 22, 2020 when Ms. Britton was tackled in the violent removal from her home under the auspice of a welfare check.

**See Exhibit 3.**

**Count 14 – Kidnapping - O.C.G.A § 16-5-40. Kidnapping.**   By the Columbus Police Department and EMS in the kidnapping of Ms. Britton from her home without lawful authority or warrant and held Ms. Britton against her will using straight jackets and drugs in the forceful removal of Ms. Britton. **See Exhibit 3.**

**Count 15 – Kidnapping - O.C.G.A § 16-5-40. Kidnapping.**   Kidnapping by Piedmont Hospital-Columbus Regional who forcibly removed Ms. Britton to the Rehabilitation Hospital at 6:00PM without Ms. Britton's; or Mr. Brown's understanding, knowledge, approval, or permission. Columbus Police Department and EMS in the kidnapping of Ms. Britton from her home without lawful authority or warrant and held Ms. Britton against her will using strait jackets and drugs in

8

the forceful removal of Ms. Britton from her home.

**Count 16 – O.C.G.A § 16-5-2. Voluntary Manslaughter.**   Whereas police, firemen, and/or EMS caused the trauma from tackling and injury of a 78-year old lady living peaceably at home without bothering anyone who was subjected to threats by law enforcement including the use of straight jackets causing trauma in the sudden, violent, and forcible removal of Ms. Britton from her home causing emotional distress physical injuries, or anxiety that lead Ms. Britton's death.

**Count 17 – O.C.G.A § 16-5-1. Murder; felony murder.**

Apparent deployment of certain individuals to the hotel room above and/or near where Ms. Britton and Mr. Brown were staying to aggravate, disturb, trouble, and make anxious Mr. Brown and Ms. Britton as they attempted to recover.

**Count 18 – O.C.G.A § 16-5-4. Time elapsed between injury and death.**   Time elapsed between injury and death of Ms. Briton from the October 16, 2020 and/or October 22, 2020 unknown and unauthorized entries, 16-5-4 kidnappings, and 16-5-42 false imprisonment under color of legal process in the tackling, use of strait jackets, dragging and physical injuries, drugging, violent removal from Ms. Britton's home, and drugging at Piedmont Hospital – Columbus Regional on both the October 22, 2020 and December 28, 2020 visits through the Piedmont late December 31, 2020 removal to the Rehabilitation Hospital in Phenix City, the

residual effects of various and foreign medications including seizure medications for the first time during removal and transfer from Piedmont Regional – Columbus to the Rehabilitation Hospital and other treatment had baring in Ms. Britton's untimely, unexpected, and premature death.

**Count 19 – Violation of 5th and 14th Amendment rights and O.C.G.A § 30-4-4. Denial of or interference of or interference with admittance to or enjoying facilities or exercise of rights.** Ms. Britton was denied the right to live peaceably in her own home having done nothing to warrant the disrespect, dishonor, mistreatment, and death thrust upon Ms. Britton.

**Count 20 – Violation of O.C.G.A § 30-5-11. Protection of Disabled Adults and Elder** by the Abuse, Neglect, and Exploitation Multidisciplinary Team in who came to visit with a member of the Columbus Police Department both of whom failed to wear masks at a height of the corona virus in violation of a then-recent city policy.

Respectfully submitted 9/15/2021,

*Michael B. Brown*

Michael B. Brown

P.O. Box 3343
Columbus, GA 31903

Certificate of Service

Service to name parties/party groups will be executed on September 16, 2021.

_Michael R. Br_