IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL B. BROWN,                              *

            Plaintiff,            *

v.                                                                    Case No.4:21-cv-162-CDL

                                *

OFFICER ROBERT HOOKS, *et al.,*

                                *

            Defendants.

_____                   *

## J U D G M E N T

Pursuant to this Court's Order dated May 10, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 10th day of May, 2023.

                        David W. Bunt, Clerk

                        s/ Elizabeth S. Long, Deputy Clerk